**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 26 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-30237 |
| Plaintiff - Appellee, | D.C. No. 1:08-cr-00298-BLW |
| v. | |
| JORGE LUIS CORTEZ-ARREOLA, AKA Jose Luis Cortez-Perez, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Idaho
B. Lynn Winmill, Chief District Judge, Presiding

Submitted March 16, 2010 [**]

Before:      SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

Jorge Luis Cortez-Arreola appeals from the 120-month sentence imposed

following his guilty-plea conviction for conspiracy to distribute methamphetamine,

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

in violation of 21 U.S.C. §§ 841(a)(1) and 846.  We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Cortez-Arreola contends that the district court erred at sentencing by failing to grant his request for safety valve relief.  The district court did not clearly err by determining that Cortez-Arreola failed to disclose all of the information he had concerning the offense.  *See United States v. Washman*, 128 F.3d 1305, 1307-08 (9th Cir. 1997); *see also United States v. Miller*, 151 F.3d 957, 958 (9th Cir. 1998) (stating that a defendant must disclose all the information he has concerning the offense to qualify for safety valve relief).  Moreover, and contrary to Cortez-Arreola's assertion, nothing in the record suggests that the district court misinterpreted or misapplied the safety valve requirements.  *See Miller*, 151 F.3d at 961.

**AFFIRMED.**